UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 06-22847-CIV-UNGARO

DISABILITY ADVOCATES AND
COUNSELING GROUP, INC. et al,

    Plaintiffs,

v.

ROSS DRESS FOR LESS VIRGINIA, INC.,

    Defendant.
_____/

## ORDER ON JOINT MOTION TO APPROVE SETTLEMENT

THIS CAUSE came before the Court upon the parties' Joint Motion to Approve Settlement Stipulation for Dismissal, filed October 11, 2007 (D.E. 20).

THE COURT has considered the Motion and the entire record and file herein, and, being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the parties' Joint Motion is GRANTED. The Settlement Agreement received in Chambers on October 12, 2007, is APPROVED. Except as otherwise provided in the Settlement Agreement, there shall be no award of attorneys' fees or costs to any party. It is further

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of October, 2007.

                                            _____
                                            URSULA UNGARO
                                            UNITED STATES DISTRICT JUDGE

copies provided:
Magistrate Judge O'Sullivan
counsel of record